UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                          Case No. 3:09−bk−05668−PMG
                                                   Chapter 11

American Homebuilders, Inc.




        Debtor(s)        /


NOTICE OF PRELIMINARY HEARING


    NOTICE IS GIVEN that a preliminary hearing in this case will be held in 4th Floor Courtroom 4A, 300 North Hogan Street, Jacksonville, Florida, on August 13, 2009 at 2:30 p.m. , to consider and act upon the following matter:

Motion for Order Establishing Procedures for Monthly and Interim Compensation and Reimbursement of Expenses for Professionals filed by Debtor−in−Possession

  and transact such other business as may properly come before the hearing.

  1. The hearing may be continued upon announcement made in open Court without further notice.

  2. ***Appropriate Attire***. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in Court should dress in appropriate business attire consistent with their financial abilities. Among other things, a coat and tie are appropriate for a man; a dress or pants suit is appropriate for a woman.

  3. Due to heightened security procedures, persons must present photo identification to enter the Courthouse and arrive early.

  Dated August 3, 2009.

                                  Lee Ann Bennett, Clerk of Court
                                  300 North Hogan Street Suite 3−350
                                  Jacksonville, FL 32202

  Copies furnished to:
Debtor
Debtor(s)' Attorney
Trustee
US Trustee
1007−2 Parties in Interest